# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-0665
LT Case No. 2020-CF-001427

_____

ARNEZ ALI,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Daniel B. Merritt, Jr., Judge.

Matthew J. Metz, Public Defender, Joshua T. Mosley and George
D.E. Burden, Assistant Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, Tallahassee and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

September 12, 2023

PER CURIAM.

    AFFIRMED.

JAY, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____